FILED BY \_\_YR\_\_ D.C.
Dec 31, 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>JUDE UZOCHUKWU IFEANYI<br><br>*Defendant* | )<br>)  Case No.  8:19CR 281<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JUDE UZOCHUKWU IFEANYI                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud, in violation of 18 U.S.C. § 1343
Accessing Protected Computer in Furtherance of Fraud, in violation of 18 U.S.C. §§ 1030(a)(2)(C) and (c)(2)(B)(i) & (ii)
Aiding and Abetting, in violatin of 18 U.S.C. § 2

Date: 8/22/19                                                                           *(signature)*
                                                                                         *Issuing officer's signature*

City and state:   Omaha, Nebraska                              DENISE M. LUCKS, Clerk of the Court
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                           _____
                                                                      *Arresting officer's signature*

                                                                _____
                                                                      *Printed name and title*



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 AUG 21 PM 4:37

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:19CR281 |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C § 1343 |
| JUDE UZOCHUKWU IFEANYI | 18 U.S.C. § 1030(a)(2)(C) |
|  | 18 U.S.C. § 1030(c)(2)(B)(i) and (ii) |
| Defendant. | 18 U.S.C. § 2 |

The Grand Jury charges:

### COUNTS I - V
### (WIRE FRAUD)

At all times material herein:

1. T.D. and J.D. resided in the State of Nebraska.

2. T.D. and J.D. own D.P., LLC, which is located in the District of Nebraska. D.P., LLC owned a personal bank account at Financial Institution 1. Financial Institution 1 is located in the District of Nebraska.

3. K.T. and T.T. resided in the State of Missouri and jointly owned property located in the State of Florida.

4. JUDE UZOCHUKWU IFEANYI, defendant herein, was a citizen of Nigeria and resided in Nigeria.

5. From on or about May 23, 2018, and continuing through on or about May 25, 2018, in the District of Nebraska, and elsewhere, defendant, and others known and unknown to the grand jury, together aiding and abetting one another, did devise and intend to devise a scheme and artifice to defraud and for obtaining money by means of materially false and

1

fraudulent pretenses, representations, and promises, which scheme and artifice to defraud is more fully described as follows:

## THE SCHEME AND ARTIFICE TO DEFRAUD

6. From on or about May 23, 2018, and continuing through on or about May 25, 2018, defendant made, and caused to be made, materially false and fraudulent pretenses, representations, and promises to T.D. and J.D. using a compromised email account and a spoofed email account. The materially false and fraudulent pretenses, representations, and promises set forth in emails from the compromised email account and spoofed email account related to property located in the State of Florida that T.D. and J.D. were attempting to purchase from K.T. and T.T. for the approximate amount of $700,000.

7. From on or about May 23, 2018, and continuing through on or about May 25, 2018, defendant, and others known and unknown to the grand jury, compromised J.D.'s email account. Defendant, and others known and unknown to the grand jury, posing as J.D. and, using J.D.'s compromised email account, sent, and caused to be sent, fraudulent emails to K.T. and T.T. relating to the purchase of property in the State of Florida. Defendant, and others known and unknown to the grand jury, posing as K.T. and, using a spoofed email account made to look as though it was sent from K.T.'s legitimate email account, sent, and caused to be sent, fraudulent emails to T.D. and J.D. relating to the purchase of property in the State of Florida. Defendant, and others known and unknown to the grand jury, did not have authority to access or use the email accounts of T.D., J.D., K.T., and T.T.

8. Specifically, on or about May 23, 2018, at approximately 10:11 A.M., K.T. sent an email to both T.D and J.D. containing K.T. and T.T. financial account information for deposit of the $700,000 relating to purchase of the property.

9. On or about May 23, 2018 at approximately 11:31 A.M., Defendant, and others known and unknown to the grand jury, posing as K.T. and, using a spoofed email account made to look as though it was sent from K.T.'s legitimate email account, sent, and caused to be sent, a fraudulent email which asked J.D. to instead use "alternate wiring instructions" for deposit of the $700,000 relating to purchase of the property.

10. On or about May 23, 2018 at approximately 12:24 P.M., Defendant, and others known and unknown to the grand jury, posing as K.T. and, using a spoofed email account made to look as though it was sent from K.T.'s legitimate email account, sent, and caused to be sent, a fraudulent email to J.D. with specific wiring instructions and third-party bank account information for deposit of the $700,000 relating to purchase of the property.

11. T.D. and J.D., thinking that the false and fraudulent email containing third-party bank account information was legitimate, complied with the request and wired funds from D.P., LLC's bank account at Financial Institution 1 to the unauthorized third-party bank account identified in the false and fraudulent email sent, and caused to be sent, by defendant, and others known and unknown to the grand jury. K.T. and T.T. were not associated with the third-party bank account identified in the false and fraudulent email sent, and caused to be sent, by Defendant, and others known and unknown to the grand jury, and did not authorize deposit of the $700,000 into this account.

12. On or about May 25, 2018 at approximately 7:38 A.M., Defendant, and others known and unknown to the grand jury, posing as J.D. and, using J.D.'s compromised email account, sent, and caused to be sent, a fraudulent email to K.T. and T.T. that contained a wire reference number relating to the $700,000 deposited into the third-party bank account.

13. As a result of materially false and fraudulent pretenses, representations, and promises made by defendant, and caused to be made by defendant, on May 23, 2018, T.D. and J.D. were fraudulently induced into making a $700,000 wire transfer from D.P., LLC's bank account at Financial Institution 1 to an unauthorized third-party bank account.

## USE OF INTERSTATE COMMUNICATION FACILITIES

14. Interstate wire communication facilities were used in furtherance of the scheme. From on or about May 23, 2018, and continuing through on or about May 25, 2018, defendant used, or caused to be used, wire communications that traveled into and out of the District of Nebraska, that is, e-mails and a wire transfer of funds in furtherance of, or in an attempt to carry out, the above-described scheme.

## ATTEMPTED LOSS CAUSED BY THE FRAUD

15. As a result of the scheme to defraud, on or about May 23, 2018, defendant, and others known and unknown to the grand jury, induced one electronically wired monetary payment from a Financial Institution 1 account owned by D.P., LLC to an unauthorized third-party bank account, totaling $700,000, through materially false and fraudulent pretenses, representations, and promises. Actual loss to T.D., J.D., and D.P., LLC totals approximately $131,485.

## THE COUNTS

16. For the purpose of executing the above-described scheme and artifice to defraud and to obtain money by means of materially false and fraudulent pretenses, representations, and promises, defendant, and others known and unknown to the grand jury, together aiding and abetting one another, did knowingly cause to be transmitted by means of wire communications in interstate commerce, certain writings, signs and signals for the purpose of executing the scheme

and artifice to defraud, in that, defendant and others known and unknown to the grand jury, together aiding and abetting one another, did cause the transmission of emails as described below, each said wire communications constituting a separate count:

| Count | On or About the Following Date | Wire Communication |
|---|---|---|
| I | May 23, 2018 at 11:31 a.m. | Defendant sent, and caused to be sent, a fraudulent email from a spoofed email account made to look as though it was sent from K.T.'s legitimate email account to J.D. requesting J.D. use a different bank account for deposit of $700,000. |
| II | May 23, 2018 at 12:24 p.m. | Defendant sent, and caused to be sent, a fraudulent email from a spoofed email account made to look as though it was sent from K.T.'s legitimate email account to J.D. containing unauthorized third-party bank account information for deposit of $700,000. |
| III | May 23, 2018 | Defendant caused a fraudulent wire transfer of funds from D.P., LLC's bank account to an unauthorized third-party bank account in the amount of $700,000. |
| IV | May 25, 2018 at 7:38 a.m. | Defendant sent, and caused to be sent, a fraudulent email from J.D.'s compromised email account, sent an email to K.T. and T.T. that contained a wire reference number relating to the $700,000 deposited into the third-party bank account. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT V
### (Computer Fraud)

17. From on or about May 9, 2018, and continuing through on or about May 25, 2018, in the District of Nebraska and elsewhere, defendant, and others known and unknown to the Grand Jury, together aiding and abetting one another, intentionally accessed a protected computer used in interstate and foreign commerce without authorization and in excess of any authorized access, and thereby obtained information from the protected computer for purposes of private financial

gain, and the offense being committed in furtherance of a criminal act in violation of the laws of the United States, specifically 18 U.S.C. § 1343 (Wire Fraud); that is, defendant, without authorization, used the Internet to access an email account assigned to T.D. and J.D. on a protected computer and thereby obtained information, which defendant then used to cause a wire transfer of funds from D.P., LLC's financial institution to an unauthorized third-party bank account in the amount of $700,000.

In violation of Title 18, United States Code, Sections 1030(a)(2)(C) and (c)(2)(B)(i) and (ii) and 2.

A TRUE BILL.


FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DONALD J. KLEINE, #22669
Assistant U.S. Attorney